ROBERT STUPIN, PLAINTIFF-APPELLANT, v. PRIMITIVO SANCHEZ, DEFENDANT-RESPONDENT.

UNSATISFIED CLAIM AND JUDGMENT FUND BOARD, RESPONDENT.

Argued September 13, 1971—Decided September 27, 1971.

*Mr. Stephen Mongiello* argued the cause for appellant.

*Mr. Martin L. Sisselman* argued the cause for respondent (*Messrs. James & Addas,* attorneys).

PER CURIAM. The judgment of the Appellate Division is affirmed for the reasons expressed in the opinion of Judge Halpern (113 *N. J. Super.* 84).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and MOUNTAIN—6.

*For reversal*—None.